In the Matter of WILLIAM G. FULLEN et al., Constituting the Transit Commission, Respondents.

THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Appellant.

(Argued February 26, 1934; decided March 6, 1934.)

464

*George H. Stover* for motion.

*Paul Windels, Corporation Counsel (William C. Chanler* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.